# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO.: 3:05CR387

| | |
|---|---|
| **STEVEN TAN,** )<br>　　　　**Plaintiff,** )<br>　　　　　　　　)<br>**v.** )<br>　　　　　　　　)<br>**UNITED STATES OF AMERICA, et al.,** )<br>　　　　**Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion Seeking Admission Pro Hac Vice" (Document No. 3), filed September 9, 2005. Upon careful review and consideration, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion Seeking Admission Pro Hac Vice" (Document No. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that Robert W. Snyder pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court within ten (10) days from the date of the filing of this Order. The Court reminds Mr. Snyder of the provisions of Local Rule 83.1(B), especially those regarding the service of pleadings and notices.

**Signed: September 13, 2005**

David C. Keesler
United States Magistrate Judge